| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) DLOTT, SUSAN J | 2. Court or Organization US SOUTHERN DISTRICT OF OHIO | 3. Date of Report 05/05/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US DIST JUDGE-ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address US COURT HOUSE 8TH FLOOR ROOM 829 CINCINNATI OHIO 45202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 05/05/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 05/05/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SHS CINCINNATI FINANCIAL CORP | C | Dividend | L | T | SELL | 4-27 | J | A | |
| 2. BOND-AKRON,OHIO SEWER SYS REV 5.5% DUE 12/1/07 | D | Interest | M | T | | | | | |
| 3. BOND-AKRON OHIO SEWER SYS REV SERIES 1998 4.6% DUE12/1/09 | D | Interest | M | T | | | | | |
| 4. BOND-ATHENS OH CITY SCH DIST GEN OBLIG 4% DUE 12/1/05 | C | Interest | | | MATURE | 12-1 | L | | |
| 5. BOND-BLUE ASH OH SERV GARAGE & FIREHOUSE 3% DUE 11/1/10 | C | Interest | M | T | | | | | |
| 6. BOND-CINCINNATI OHIO CITY SCHL FAC CONS & IMPR 5%DUE12/1/09 | D | Interest | M | T | | | | | |
| 7. BOND-FRANKLIN CO,OH HOSP REV HOLY CROSS 5% DUE 6/1/09 | D | Interest | M | T | | | | | |
| 8. BOND-HAMILTON CO OH EVENDALE GEN OBLIG 2.25% DUE 12/01/06 | C | Interest | M | T | | | | | |
| 9. BOND-OH STATE BLDG AUTH CENTER FOR ARTS 5.25% DUE 10/01/05 | D | Interest | | | MATURE | 10-5 | L | | |
| 10. BOND-HAMILTON CO OH HOSP FACIL CHILDRENS HOSP 5% DUE 5/15/06 | C | Interest | M | T | | | | | |
| 11. BOND-OHIO ST. PUBLIC FAC COM HIGHER ED 4.25% DUE 6/01/10 | D | Interest | M | T | | | | | |
| 12. BOND-OHIO ST BUILDING AUTH OHIO CENTER / ARTS5.45%DUE10/1/07 | D | Interest | M | T | | | | | |
| 13. BOND-ST OF OHIO SECONDARY ED SERIES 1998A 4% DUE6/1/08 | C | Interest | M | T | | | | | |
| 14. BOND-ST OF OHIO GEN OBLIG 4.5% DUE 8/1/05 | D | Interest | | | MATURE | 8-1 | M | | |
| 15. BOND-ST OF OHIO GEN OBLIG INFRASTR SER F 4% DUE 2/1/13 | C | Interest | M | T | | | | | |
| 16. BOND-OHIO STATE WATER DEV AUTH REV 4% DUE 12/1/06 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. ILLINOIS EDUC FAC AUTH R MORRIS COLLEGE 5% DUE 6/1/09 | D | Interest | M | T | | | | | |
| 18. BOND-SYMMES TOWNSHIP OH GEN OBLIG 2% DUE 12/1/05 | C | Interest | | | MATURE | 12-1 | M | | |
| 19. BOND-LORAIN CO OH REV CATH HEALTHCARE 5.2% DUE 9/1/10 | D | Interest | M | T | | | | | |
| 20. SHARES MINNESOTA MINING & MANUFACTURING COMPANY | B | Dividend | L | T | | | | | |
| 21. -SHS PFIZER | B | Dividend | L | T | | | | | |
| 22. -SHS WAL MART STORES INC | A | Dividend | J | T | PART SELL | 12-20 | L | | |
| 23. -SHS ALCOA INC | A | Dividend | | | SELL | 10-4 | J | | |
| 24. -SHS AMERICAN INTERNATIONAL GP | A | Dividend | J | T | | | | | |
| 25. -SHS TYCO INT'L LTD NEW | | None | | | SELL | 2004 | J | | |
| 26. -SHS COSTCO WHOLESALE CORP | A | Dividend | K | T | | | | | |
| 27. -SHS NASDAQ - 100 TRUST SERIES I | | None | | | SELL | 6-16 | J | A | |
| 28. -SHS PEPSICO INC | B | Dividend | M | T | | | | | |
| 29. -SHS RADIAN GROUP INC | A | Dividend | | | SELL | 8-11 | K | D | |
| 30. -SHS STANDARD & POORS DEP RECPTS | A | Dividend | J | T | | | | | |
| 31. -SHS SUNCOR ENERGY INC | A | Dividend | L | T | | | | | |
| 32. -SHS TARGET CORP | A | Dividend | L | T | | | | | |
| 33. -SHS ALIGN TECHNOLOGY | | None | | | SELL | 4-14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. -SHS BP PLC ADS | B | Dividend | K | T | | | | | |
| 35. -SHS CHINA PETE & CHEM CP ADS H SHS | A | Dividend | K | T | | | | | |
| 36. -SHS CREE RESEARCH INC | | None | K | T | | | | | |
| 37. -SHS SUNCOR ENERGY INC | A | Dividend | K | T | | | | | |
| 38. -SHS INAMED CP | | None | L | T | | | | | |
| 39. -SHS GILLEAD SCIENCE | | None | | | SELL | 6-16 | K | D | |
| 40. -SHS GENETECH INC | | None | L | T | | | | | |
| 41. FIFTH THIRD BANK CHECKING ACCTS | A | Interest | K | T | | | | | |
| 42. FIRST AMERICAN TREAS OBLIGATION FD | A | Interest | L | T | | | | | |
| 43. FEDERATED OH MUNI CASH TR INSTL | B | Interest | M | T | | | | | |
| 44. SOUTHLAND LIFE INSURANCE | | None | K | T | | | | | |
| 45. SHS SYSCO CORP | B | Dividend | L | T | | | | | |
| 46. BOND-CENTERVILLE,OHIO GEN OBLIGATION 4.7% DUE 12/1/05 | C | Interest | | | MATURE | 12-1 | L | | |
| 47. BOND-LAKE OH LOCAL SCH DIST GEN OBLIG 5.35% DUE 12/01/11 | D | Interest | M | T | | | | | |
| 48. SHS-CITIGROUP INC | C | Dividend | M | T | | | | | |
| 49. SHS PEPSICO INC | A | Dividend | J | T | | | | | |
| 50. SHS WAL-MART STORES INC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes: (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 51. SHS JOHNSON OPPORTUNITY FUND | E | Dividend | M | T | | | | | |
| 52. SHS HOME DEPOT INC | A | Dividend | L | T | | | | | |
| 53. QCRG DOWNTOWN VENTURE, LLC | | None | J | U | | | | | |
| 54. SHS MEDTRONIC INC | A | Dividend | L | T | | | | | |
| 55. BOND-OHIO ST GEN OBLIGATION UNLIMITED 5% DUE 9/15/08 | C | Interest | M | T | | | | | |
| 56. SHS ISHARES S&P SMALLCAP 600 | A | Dividend | L | T | PART SELL | 5-11 | K | D | |
| 57. SHS MARSHAL & ILSLEY CORP | B | Dividend | M | T | | | | | |
| 58. SHS JOHNSON REALTY FUND | D | Dividend | M | T | PART SELL | 5-11 | K | D | |
| 59. SHS ALLTEL CORP | A | Dividend | | | SELL | 10-13 | J | B | |
| 60. SHS AMERICAN INTERNATIONAL GROUP INC | A | Dividend | J | T | | | | | |
| 61. SHS AUTOZONE INC | | None | | | SELL | 3-2 | J | A | |
| 62. SHS CHEVRONTEXACO CORP | A | Dividend | J | T | | | | | |
| 63. SHS CINTAS CORP | A | Dividend | L | T | | | | | |
| 64. SHS CITIGROUP | A | Dividend | J | T | | | | | |
| 65. SHS CLEAR CHANNEL COMMUNICATIONS | A | Dividend | | | SELL | 10-13 | J | | |
| 66. SHS EQUITABLE RESOURSES INC | A | Dividend | J | T | | | | | |
| 67. SHS EXXON MOBIL CORP | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. SHS FIRST DATA CORP | A | Dividend | J | T | | | | | |
| 69. SHS GENERAL ELECTRIC CO | A | Dividend | J | T | | | | | |
| 70. SHS ISHARES S&P SMALLCAP 600 | A | Dividend | J | T | | | | | |
| 71. SHS JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 72. SHS MEDTRONIC INC | A | Dividend | J | T | | | | | |
| 73. SHS MICROSOFT CORP | A | Dividend | J | T | | | | | |
| 74. SHS NOBLE CORP | | None | | | SELL | 1-27 | J | B | |
| 75. SHS ORACLE CORP | | None | J | T | | | | | |
| 76. SHS PEPSICO INC | A | Dividend | | | SELL | 6-16 | K | C | |
| 77. SHS PFIZER INC | A | Dividend | J | T | | | | | |
| 78. SHS WAL-MART STORES INC | A | Dividend | J | T | | | | | |
| 79. SHS WALGREEN CO | A | Dividend | J | T | | | | | |
| 80. SHS JOHNSON FIXED INCOME FUND | D | Dividend | M | T | | | | | |
| 81. SHS ILLINOIS TOOL WORKS | A | Dividend | L | T | | | | | |
| 82. SHS DELL INC | | None | | | SELL | 12-22 | K | | |
| 83. SHS STAPLES | A | Dividend | L | S | | | | | |
| 84. SHS INTUIT INC | | None | | | SELL | 5-16 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes: | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. SHS BED BATH & BEYOND INC | | None | | | SELL | 5-4 | K | | |
| 86. SHS INGERSOLL-RAND CO | A | Dividend | L | T | | | | | |
| 87. SHS MYLAN LABORATORIES INC | A | Dividend | K | T | BUY | 6-25 | K | | |
| 88. SHS MYLAN LABORATORIES INC | A | Dividend | | | SELL | 10-4 | J | | |
| 89. SHS JOHNSON CONTROLS | A | Dividend | L | T | | | | | |
| 90. SHS MATTEL INC | A | Dividend | J | T | | | | | |
| 91. SHS BOSTON SCIENTIFIC CORP | | None | J | T | | | | | |
| 92. SHS L-3 COMMUNICATIONS HOLDINGS INC | A | Dividend | L | T | | | | | |
| 93. SHS AMGEN INC | | None | L | T | | | | | |
| 94. SHS CONOCOPHILLIPS | B | Dividend | L | T | | | | | |
| 95. SHS COMCAST CORP CLASS A SPECIAL | | None | | | SELL | 12-22 | K | | |
| 96. BOND-CLEVELAND OH WATERWORKS REV 1STMORT SERIES G 5.5% 2013 | D | Interest | M | T | | | | | |
| 97. SHS JM SMUCKER CO | B | Dividend | | | SELL | 12-22 | L | | |
| 98. SHS KERR-MCGEE CORP | A | Dividend | | | SELL | 4-15 | K | D | |
| 99. SHS ILLINOIS TOOL WORKS | A | Dividend | J | T | | | | | |
| 100. SHS DELL INC | | None | J | T | | | | | |
| 101. SHS INTEL CORP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes: (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. SHS STAPLES | A | Dividend | J | T | | | | | |
| 103. SHS ALCOA | A | Dividend | | | SELL | 10-4 | J | | |
| 104. SHS INTUIT INC | | None | | | SELL | 5-16 | J | A | |
| 105. SHS BED BATH & BEYOND INC | | None | J | T | | | | | |
| 106. SHS INGERSOLL-RAND CO | A | Dividend | J | T | | | | | |
| 107. SHS AMGEN INC | | None | J | T | | | | | |
| 108. SHS FIFTH THIRD BANCORP | A | Dividend | J | T | | | | | |
| 109. SHS MYLAN LABORATORIES INC | A | Dividend | | | SELL | 10-4 | J | | |
| 110. SHS JOHNSON CONTROLS INC | A | Dividend | | | SELL | 10-24 | J | A | |
| 111. SHS MATTEL INC | | None | | | SELL | 10-5 | K | | |
| 112. SHS BOSTON SCIENTIFIC CORP | | None | | | SELL | 12-19 | K | | |
| 113. SHS SYSCO CORP | A | Dividend | J | T | | | | | |
| 114. SHS COMCAST CORP CL A SPECIAL | | None | J | T | | | | | |
| 115. SHS L-3 COMMUNICATIONS HOLDINGS INC | A | Dividend | J | T | | | | | |
| 116. SHS PROCTER & GAMBLE CO | A | Dividend | J | T | | | | | |
| 117. SHS CONOCOPHILLIPS | A | Dividend | J | T | | | | | |
| 118. SHS CISCO SYSTEMS INC | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes: (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. SHS JOHNSON OPPORTUNITY FUND | A | Dividend | J | T | | | | | |
| 120. SHS MERRILL LYNCH & CO INC | A | Dividend | J | T | | | | | |
| 121. SHS AEROPOSTALE INC | | None | J | T | | | | | |
| 122. SHS KERR-MCGEE CORP | | None | | | SELL | 4-15 | J | C | |
| 123. SHS RADIOSHACK CORP | | None | | | SELL | 8-1 | K | | |
| 124. SHS JM SMUCKER CO | A | Dividend | J | T | | | | | |
| 125. SHARES AEROPOSTALE INC | | None | K | T | | | | | |
| 126. SHARES WELLPOINT INC | | None | M | T | | | | | |
| 127. SHARES AUTOZONE INC | | None | | | SELL | 3-2 | K | D | |
| 128. SHARES CINTAS CORP | A | Dividend | J | T | | | | | |
| 129. SHARES EQUITABLE RESOURCES INC | B | Dividend | L | T | | | | | |
| 130. SHARES FIRST DATA CORP | A | Dividend | L | T | | | | | |
| 131. SHARES GENERAL ELECTRIC COMPANY | C | Dividend | M | T | | | | | |
| 132. SHARES ORACLE CORP | | None | L | T | | | | | |
| 133. SHARES WALGREEN COMPANY | A | Dividend | M | T | | | | | |
| 134. SHARES PROCTER & GAMBLE COMPANY | C | Dividend | M | T | | | | | |
| 135. SHS EXXON MOBIL CORPORATION | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. SHARES ROYAL DUTCH PETROLEUM COMPANY (NETHERLANDS) | C | Dividend | K | T | PART SELL | 2-7 | K | E | |
| 137. SHS JOHNSON & JOHNSON | B | Dividend | M | T | PART SELL | 5-4 | K | E | |
| 138. SHS PFIZER INC | B | Dividend | L | T | | | | | |
| 139. SHS INTEL CORP | A | Dividend | K | T | | | | | |
| 140. SHS MICROSOFT CORP | B | Dividend | L | T | | | | | |
| 141. SHS SHARES HEWLETT-PACKARD COMPANY | A | Dividend | | | SELL | 5-4 | L | E | |
| 142. SHS FIFTH THIRD BANCORP | B | Dividend | L | T | | | | | |
| 143. WOMANS CAPITAL CLUB | A | Dividend | K | T | | | | | |
| 144. - MORGAN STANLEY DW ACTIVE ASSET MONEY TRUST | A | Dividend | | | SELL | 9-9 | L | | |
| 145. - SHARES MEDTRONIC INC | A | Dividend | L | T | | | | | |
| 146. - SHARES AMGEN INC | | None | K | T | PART SELL | 7-21 | K | D | |
| 147. - SHARES NOVARTIS AG ADR | | None | J | T | | | | | |
| 148. - SHARES AMERICAN EXPRESS CR CORP | A | Dividend | K | T | | | | | |
| 149. - SHARES MICROSOFT CORP | A | Dividend | J | T | | | | | |
| 150. - SHARES CISCO SYSTEMS | | None | K | T | | | | | |
| 151. - SHARES INTEL CORP | A | Dividend | J | T | | | | | |
| 152. RADIOSHACK CORPORATION | | | K | T | BUY | 1-7 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. RADIOSHACK CORPORATION | | | | | SELL | 5-4 | K | | |
| 154. UNIVERSITY OF AKRON 2.960% DUE 1/1/29 | | | J | T | BUY | 5-12 | L | | |
| 155. UNIVERSITY OF AKRON 2.960% DUE 1/1/29 | A | Interest | | | SELL | 9-12 | L | | |
| 156. LAKEWOOD OHIO GEN 5.0% DUE 12/1/14 DATED 5/26/05 | B | Interest | M | T | BUY | 9-7 | M | | |
| 157. GAHANNA OHIO GEN 5.0% DUE 12/1/18 DATED 9/1/05 | | None | M | T | BUY | 11-29 | M | | |
| 158. JACKSON OHIO LOCAL SCHOOL DIST 5.0% DUE 12/1/16 DATED 4/21/0 | | None | M | T | BUY | 11-30 | M | | |
| 159. MENTOR OHIO GEN 5.0% DUE 12/1/15 DATED 10/1/05 | | None | L | T | BUY | 10-7 | L | | |
| 160. UNION COUNTY OHIO 4.5% DUE 12/1/14 DATED 7/1/05 | B | Interest | M | T | BUY | 6-23 | M | | |
| 161. UNIVERSITY OF CINCINNATI GEN 3.170% DUE 6/1/31 DATED 2/5/04 | B | Interest | L | T | BUY | 5-9 | L | | |
| 162. UNIVERSITY OF CINCINNATI GEN 4.0% DUE 6/1/12 DATED 3/1/05 | C | Interest | M | T | BUY | 3-1 | M | | |
| 163. CADBURY SCHWEPPES PLC | | | L | T | BUY | 12-5 | L | | |
| 164. XTO ENERGY | A | Dividend | L | T | BUY | 4-13 | L | | |
| 165. ALLSTATE CORPORATION | A | Dividend | L | T | BUY | 3-28 | L | | |
| 166. STRYKER CORPORATION | | None | K | T | BUY | 10-4 | K | | |
| 167. NIKE INCORPORATED CLASS B | A | Dividend | J | T | BUY | 8-29 | J | | |
| 168. CADBURY SCHWEPPES PLC | | None | J | T | BUY | 10-14 | J | | |
| 169. OCCIDENTAL PETROLEUM CORPORATION | A | Dividend | J | T | BUY | 4-11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. XTO ENERGY | A | Dividend | J | T | BUY | 4-13 | J | | |
| 171. ALLSTATE CORPORATION | A | Dividend | J | T | BUY | 3-28 | J | | |
| 172. STRYKER CORPORATION | | None | J | T | BUY | 10-4 | J | | |
| 173. EMC CORPORATION | | None | J | T | BUY | 8-25 | J | | |
| 174. ISHARES COHEN & STEERS REALTY MAJORS INDEX FD | A | Dividend | K | T | BUY | 1-11 | J | | |
| 175. ISHARES MSCI EAFE INDEX FUND | A | Dividend | K | T | BUY | 4-14 | K | | |
| 176. ISHARES RUSSELL MIDCAP VALUE | A | Dividend | K | T | BUY | 1-11 | K | | |
| 177. ISHARES TR RUSSELL MIDCAP GRTH INDX FD | A | Dividend | K | T | BUY | 1-11 | K | | |
| 178. ISHARES TR MSCI EMERGING MKTS INDEX FD | B | Dividend | K | T | BUY | 4-14 | K | | |
| 179. LOWES COMPANIES INC | A | Dividend | K | T | BUY | 4-14 | K | | |
| 180. PORTFOLIO RECOVERY ASSOCIATE | | None | K | T | BUY | 10-27 | K | | |
| 181. SECTOR SPDR TR SHS BEN INT INDL | A | Dividend | K | T | BUY | 1-11 | K | | |
| 182. SPDR TR UNIT SER 1 | B | Dividend | L | T | BUY | 6-16 | L | | |
| 183. EVERGREEN MONEY MARKET FUND CLASS S1 | B | Dividend | K | T | BUY | 9-9 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 05/05/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII
LISTED STOCKS ARE COMMON SHARES UNLESS OTHERWISE NOTED.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████                    Date _May 8, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544